## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In re: Petition of the Board of School    :
Directors of the Hatboro-Horsham    :
School District for the Sale of Real    :
Property    :        No. 1001 C.D. 2022
    :
Appeal of: Peggy Ambler and John    :
Ambler    :

**PER CURIAM**               **O R D E R**

NOW, January 23, 2024, having considered Appellants' application for reargument and Appellee's answer in response thereto, the application is DENIED.